THE STATE, EX REL. WOODS, APPELLEE, *v.* GAGLIARDO,
JUDGE, APPELLANT.

[Cite as State, ex rel. Woods, v. Gagliardo (1977),
49 Ohio St. 2d 196.]

(No. 76-949—Decided March 2, 1977.)

*Ms. Carolyn C. McTighe, Mr. Franklin J. Hickman, Mr. Edward R. Stege, Jr.,* and *Ms. Sheila Tew,* for appellee.

*Mr. John T. Corrigan,* prosecuting attorney, and *Mr. George J. Sadd,* for appellant.

*Per Curiam.* Appellee Woods, in effect, asks the Court of Appeals to reaffirm its decision in *Walker* v. *Stokes, supra,* and, thereby, reverse an interlocutory order of the trial court. A proceeding in mandamus is not a substitute for an appeal and it is not a vehicle for review of an interlocutory order of a lower court. *State, ex rel. Dargett,* v. *Gessaman* (1973), 34 Ohio St. 2d 55; *State, ex rel. Overmeyer,* v. *Walinski* (1966), 8 Ohio St. 2d 23.

Appellee has an adequate remedy by way of appeal. The judgment of the Court of Appeals granting the writ is, therefore, reversed.

*Judgment reversed.*

O'Neill, C. J., Herbert, Celebrezze, W. Brown, P. Brown, Sweeney and Locher, JJ., concur.